```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
LICKERISH, LTD.                         :
                                        :
                    Plaintiff,          :    20 Civ. 7216 (VM)
                                        :
    - against -                         :         ORDER
                                        :    NO ANSWER TO COMPLAINT
DUOWEI NEWS, INC.                       :    REQUEST FOR STATUS UPDATE
                                        :
                    Defendant.          :
---------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: February 8, 2021

**VICTOR MARRERO, United States District Judge.**

On November 12, 2020, the Court issued an Order directing the plaintiff to file a status update. (Dkt. No. 9.) On December 11, 2020, the plaintiff filed a status update indicating that if the defendant had not responded to its motion for Clerk's Entry of Default within two weeks, the plaintiff would move for an entry of final default judgment. (Dkt. No. 13.) No subsequent communication from the plaintiff to the Court has been received. Accordingly, it is hereby

**ORDERED** that the plaintiff herein is directed to inform the Court within five (5) days of the date of this Order concerning the status of this litigation and the plaintiff's contemplation with regard to any further proceedings with regard to this action. In the event no timely response to this Order is submitted the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         8 February 2021

                                        Victor Marrero
                                        U.S.D.J.