USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: April 2, 2021

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LICKERISH LTD., <br><br> Plaintiff, <br><br> v. <br><br> DUOWEI NEWS, INC. d/b/a <br> CHINESE MEDIA NET INC., <br><br> Defendants. | **Case No.: 1:20-cv-07216-VM** |

## PROPOSED DEFAULT JUDGMENT

THIS MATTER comes before the Court on the unopposed motion of plaintiff Minden Pictures Inc., for a final default against the defendant Duowei News, Inc. ("Defendant") for copyright infringement in violation of 17 U.S.C. 106 *et. seq.*, pursuant to Rule 55 of the Federal Rules of Civil Procedure; and the Court having reviewed the papers; for the reasons stated in the accompanying papers and for good cause shown:

IT IS ORDERED that the motion for default judgment is GRANTED; and it is further ORDRED that Defendant:

1.       Shall pay to Plaintiff $30,000 in statutory damages, as authorized under 17 U.S.C. 504(c); and for reasonable attorneys' fees and cost to be established by Plaintiff;

2.       Shall pay to Plaintiff post-judgment interest at the current legal rate allowed and accruing under 28 U.S.C. 1961 as of the date of this Default Judgment until the date of its satisfaction;

3.      Be and hereby is enjoined from directly, contributorily or indirectly infringing

Plaintiff's copyrights; and

4.      The Court shall retain jurisdiction over this action for six months or until the

judgment is satisfied to entertain such further proceedings supplementary and to enter such further

orders as may be necessary or appropriate to implement and enforce the provisions of this Default

Judgment.


SO ORDERED this ___2___ day of ___April___, 2021.


_____
Victor Marrero
U.S.D.J.